# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146440(139)

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

_____/

SC: 146440
COA: 306618
Court of Claims: 11-000033-MT

      On order of the Chief Justice, the motion of plaintiff-appellant to file a response to defendant-appellee's supplemental authority is GRANTED. The response submitted on October 1, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2014



Clerk